UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**MAYFLOWER TRANSIT, LLC,**

    **Plaintiff,**

v.       Case No.: 2:07-cv-443

**STERILE TECHNOLOGIES, INC.,**

    **Defendant.**

## STIPULATION OF VOLUNTARY PARTIAL DISMISSAL

COMES NOW, Defendant, Counter-Claimant, Sterile Technologies, Inc., by its attorneys, and stipulate, agree and consent to a voluntary dismissal of Count I and Count II of its Counterclaim against Plaintiff, Mayflower Transit, LLC.

It appearing proper to do so, it is hereby ORDERED that Count I and Count II of the Counterclaim filed by Sterile Technologies, Inc. are hereby dismissed from this matter. Count III, Liability under 49 U.S.C.A. §§14706 et seq., shall proceed as pled.

Entered this 3 day of Dec , 2007.

/s/ Jerome B. Friedman
United States District Judge
The Honorable Judge Jerome B. Friedman
U.S. District Court Judge

Endorsements on 2nd page

I Ask For This:

_____
Mary T. Morgan, Esq. VSB No.: 44955
Counsel for Defendant/Counter-Claimant
Sterile Technologies, Inc.
KALBAUGH PFUND & MESSERSMITH, P.C.
555 East Main Street, Suite 1200
Norfolk, Virginia 23510
(757) 623-4500
(757) 623-5700 (Facsimile)
mary.morgan@kpmlaw.com


Seen and Agreed:

_____
John T. Husk, Esq.    VSB 32601
Counsel for Plaintiff/Counter-Defendant
Mayflower Transit, LLC
SEATON & HUSK, L.P.
2240 Gallows Road
Vienna, Virginia 22182
(703) 573-0700
(703) 573-9786 (Facsimile)
johnhusk@aol.com